

**Howard Griffith <howardwgriffith@gmail.com>**

## Social Distancing

**Deputy Chief Richard Trudell** <rtrudell@syracusepolice.org>  
Mon, Apr 13, 2020 at 2:20 PM

To: "howardwgriffith@gmail.com" <howardwgriffith@gmail.com>  
Cc: Michca Ballard-Fortin <mballard-fortin@syracusepolice.org>

Hi,

My name is Deputy Chief Trudell and I work for the Syracuse Police Department. You recently sent an email (below) to the Mayor of Syracuse with your concern about the lack of social distancing.

I wanted to let you know that we are taking this issue very seriously. In the future, I encourage you to continue to call 911 and report this type of activity when you are experiencing it. This will allow our officers to respond and handle the call accordingly.

Also, please find attached a letter from Chief Buckner explaining our policy for dealing with this issue. If you have any further questions please let us know.

Sincerely,

D/C Richard Trudell

Syracuse Police Department

511 S. State St.

Syracuse, NY 13202

(315) 442-5245

rtrudell@syracusepolice.org

****CONFIDENTIALITY NOTICE****
Information contained in this e-mail is confidential and may be privileged and exempt from disclosure. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, or copying is strictly prohibited. All information contained within should be considered law enforcement sensitive unless otherwise noted. If the reader has received this in error, please immediately destroy all copies and attachments and notify this office by replying to this e-mail or by calling (315) 442-5245.

**From:** Severino, Isaura [mailto:ISeverino@syrgov.net]
**Sent:** Tuesday, April 07, 2020 2:29 PM
**To:** Michca Ballard-Fortin
**Cc:** Deputy Chief Richard Trudell
**Subject:** FW: Social Distancing

FYI

**From:** Howard Griffith [mailto:howardwgriffith@gmail.com]
**Sent:** Monday, April 6, 2020 5:53 PM
**To:** Mayor
**Subject:** Social Distancing

I tried to make a complaint to the police about a guy who has been loitering on my doorstep as I feel like I am a victim of a negligent response to social distancing. The police said there could not be a response with regard to the person being there as I could not prove he was there. Therefore, the police said that they could not respond. I don't want to have the risk of being a victim of COVID-19. Whether I can prove he was there or not, why can't the police just suggest to him that if he was there, don't go there anymore? He has no cause to be there as he does not live here. I live here. If the police address him, he'll most likely conclude he had better not come back here, and everybody will ["Be Safe"] with regard to the situation I am addressing. The County Executive said that people can address authorities for concerns with regard to being victims to negligence with regard to social distancing. I tried to give the police the information: He was a young black male with a short-faded, box-cut haircut. He appeared to be about eighteen years of age. He drove away in a silver Chevy Altima with a license plate number: JHY 1651. My name is Howard Griffith. I reside at 2903 James St, Apt. 1R, Syracuse, NY 13206. I contacted the Syracuse City Police Department at about 4:30 pm on this date (April 06, 2020) and the DR No. was DR 20-222496.


**Chief Buckner Execuitve Orders.pdf**
712K