

FROM:
Howard Griffith
2903 James St. #1R
Syracuse, NY 13206

TO: Clerk of the Court
United States
District Court. NY. N.D.
100 S. Clinton St.
Syracuse, NY 13261