In the United States District Court
For the Northern District of New York State
-----------------------------------------------------------

In the Matter of Application of			Order to Show Cause and
Howard Griffith et al.,				Temporary Restraining Order to Maintain
Plaintiffs						Status Quo

-against-

New York State, et al.,
Respondent.						Case No.: 5:20-cv-1312 (GLS/ML)

For a Judgment Pursuant
42 U.S. Code Section 1983
-----------------------------------------------------------

Upon the annexed affidavit of Petitioner, Howard Griffith, Plaintiff in the matter proposed above, upon the exhibits attached thereto and the memorandum of law with regard to this matter:

LET the [Respondent] of this matter show cause before this Court on the ____ day of _____, 2020, at the time of _____, on that day, why preliminary injunction should not issue pursuant Rule 65(a) of the Federal Rules of Civil Procedure enjoining the Respondents, their successors in office, agents and employees and all other persons acting in concert and participation with them, any injunction which prohibits the parties' authorization to object that there is no good reason for this matter to be heard why "status quo" needs to be maintained for the subsequential errors pursuant to Section 29-a of article 2-b of the Executive Law of New York State pursuant to Executive Orders 202.67 & 202.8 in maintenance of the fundamental errors, substantively affecting the "People of the State of New York v Howard Griffith, 2001-0883-1", while the executive branch of the New

York State government continues to simultaneously [abuse the power of government] until the appropriate Orders, Opinions, Decisions, etc. can be developed to correct these errors of law. In this case, it is hereby

ORDERED Injunctive Relief be provided Plaintiff's current "status quo" can presently be maintained consequential to the substantive element [ ], substantively developed from Section 29-a of article 2-b of the executive law of New York State: Executive Orders 202.67 & 202.8, subsequential to the most fundamental remedies of this action and it is further

ORDERED that this Order to Show Cause and all other papers attached to this application be served to the judicial representative of New York State by the _____ day of _____, 20____.

Dated:

_____

United States District Judge