In the United States District Court
For the Northern District of New York

In the Matter of Application of
Howard Griffith, et al.,
Plaintiffs

Prayer for Relief

-against-

5:20-cv-1312

New York, et al.,
Respondents

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 21 2020
AT____O'CLOCK____
John M. Domurad, Clerk  Syracuse

Upon the affidavit for Motion for Order to Show Cause and Temporary Restraining Order to Maintain Status Quo dated December 14, 2020, with Regard to the above referenced matter Plaintiff, Howard Griffith, prays for relief:

Subsequent to remedies provided in Plaintiff's Motion Provided, dated October 22, 2020, Status Quo Needs to be Maintained for the subsequential errors pursuant to Section 29-a of Article 2-b of the Executive Law of New York State, Orders 202.67 & 202.8, for his cause as an individual, providing he is a [prisoner] and denied his right to the law library (28 USC 1915[h]) as a substantive remedy to proceed with habeas corpus or preserved for federal cause, substantive to direct appeal[s] (People v Griffith, 166 AD3d 1518)'s [exhausted] remedies [as of October 22, 2020],

1

Plaintiff prays for relief;
Subsequent to remedies provided in Plaintiff's Motion Provided, dated October 22, 2020, Relief be Provided for the Declarations and Injunction[s] to be provided as presented in the Proposed Motion [October 22, 2020].

Plaintiff prays for relief;
Subsequent to remedies provided in Plaintiff's Motions dated October 22, 2020, and December 14, 2020, In Forma Pauperis status be provided with Proposed Habeas Corpus substantive to this Court providing certified inmate status; substantive to the Nature of the Proceeding determining Plaintiff's deprived of rights to law library; substantive to liberty depriving due process right to satisfy the procedure; authorization deprived by state government,[all coinciding with People v Griffith, 2001-0883-1]; status be provided for the initial remedies to have been taken for the Proposed Habeas Corpus (December 14, 2020) to be deemed as executed.

Plaintiff;
Prays for any other relief the court may deem just and proper.

Howard Griffith
Dec. 15, 2020
Howard Griffith

2

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Howard Griffith

**DEFENDANTS**
New York

**(b)** County of Residence of First Listed Plaintiff: Onondaga
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Onondaga
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se
2903 James St., #1R
Syracuse, NY 13206

Attorneys *(If Known)*: Onondaga District Attorney
505 S. State St., 4th Fl.
Syracuse, NY 13202

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☒ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Plaintiff was provided a subtantive remedy: Inmate Status; via this Court, and state court authorized direct appeal; after sentence done, remedies exhausted

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
People v Griffith, 166 AD3d 1518
JUDGE: Thomas J. Miller, Gary L. Sharpe
DOCKET NUMBER: KA 17-01664, 5:20-cv-1312

DATE: December 15, 2020
SIGNATURE OF ATTORNEY OF RECORD: Howard Griffith

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| 1 Howard Griffith, pro se | 3 5:20-cv-1312 |
| DEFENDANT | TYPE OF PROCESS |
| 2 New York | 4 Restraining Order |

SERVE — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
5 New York State Attorney General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 6 300 South State Street, Ste. 300, Syracuse, NY 13202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

7 Mary Sklaney
4853 Pembroke Drive
Manlius, NY 13104

| | |
|---|---|
| Number of process to be served with this Form - 285 | 8  1 |
| Number of parties to be served in this case | 9  1 |
| Check for service on U.S.A. | 10 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

11 Attach Prayer for Relief to Motion for Order to Show Cause and Temporary Restraining Order to Maintain Status Quo dated December 14, 2020.

Signature of Attorney or other Originator requesting service on behalf of:
12 Howard Griffith
13 ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER 14 (315) 744-7420
DATE 15 12/15/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED          1. CLERK OF THE COURT          FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

Howard Griffith
2903 James Street, #1R
Syracuse, NY 13206

SYRACUSE NY 130
15 DEC 2020 PM 3 L

Clerk of Court
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, NY 13216

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
DEC 21 2020
RECEIVED

13261-921199