

**PRIORITY MAIL POSTAGE REQUIRED**



- Expected delivery date specified for domestic use.
- Most domestic shipments include up
- USPS Tracking® included for domest
- Limited international insurance.**
- When used internationally, a customs

*Insurance does not cover certain items. For deta exclusions see the Domestic Mail Manual at *http:*
** See International Mail Manual at *http://pe.usps.* limitations of coverage.

## MAILING BOX
### FOR DOMESTIC AND INTERN

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

---

**Retail**

P | US POSTAGE PAID
| $11.40 | Origin: 13206
05/25/21
3580120406-95

**PRIORITY MAIL 1-DAY®**

5 Lb 12.00 Oz
1005

EXPECTED DELIVERY DAY: 05/26/21

C000

SHIP TO:
100 S CLINTON ST
Syracuse NY 13261-9211

**USPS TRACKING® #**



9505 5124 1061 1145 4312 35

---

FROM:

Howard Griffith
Rebecca Sklaney
2903 James St. # 1R
Syracuse, NY 13206

TO:

Court Clerk
U.S. District Court
N.D. New York
100 S. Clinton St.
Syracuse, NY 13202
13261