**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**HOWARD GRIFFITH et al.,**

                 **Plaintiffs,**                  5:20-cv-1312
                                                                    (GLS/ML)

        **v.**

**NEW YORK STATE ATTORNEY**
**GENERAL et al.,**

                 **Defendants.**

**APPEARANCES:**                              **OF COUNSEL:**

**FOR THE PLAINTIFF:**
HOWARD GRIFFITH
*Pro Se*
447941
CNY PC
PO Box 300
Marcy, NY 13403

REBECCA SKLANEY
*Pro Se*
2903 James Street
#1R
Syracuse, NY 12306

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Order and

Report-Recommendation (R&R) by Magistrate Judge Miroslav Lovric, duly

filed July 14, 2021.  (Dkt. No. 24.)  Following fourteen days from the service

thereof, the Clerk has sent the file, including any and all objections filed by the

parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 24) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiffs' amended complaint (Dkt. No. 20) is **DISMISSED** pursuant to 28 U.S.C. 1915(e)(2)(B)(i); and it is further

**ORDERED** that plaintiffs' petitions for extraordinary writ (Dkt. No. 21), rehearing for petition for writ of certiorari (Dkt. No. 22), and extraordinary writ-supplemental brief (Dkt. No. 23) are **STRICKEN**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

August 3, 2021
Albany, New York

Gary L. Sharpe
U.S. District Judge