# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT NEW YORK

Howard Griffith et al.,

    Plaintiffs,

   v.     5:20-cv-1312
          (GLS/ML)

New York State et al.,

    Defendants.

APPEARANCE:  OF COUNSEL:

FOR THE PLAINTIFF:
Howard Griffith, Pro Se
447941
CNYPC
P.O. Box 300
Marcy, NY 13403

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP - 3 2021
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

## NOTICE OF APPEAL

I, Howard Griffith, appeal the August 3, 2021 Order of Judge Gary L. Sharpe, pursuant to Fed. R. App. P. 4(a), to be taken from each and every part thereof and every intermediate order made herein.

Dated: August 30, 2021  *Howard Griffith*

Attachment: Order: 08/03/2021 Howard Griffith

cc: NYS Attorney General  P.O. Box 300

 Onondaga County D.A.  Marcy, NY 13403

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HOWARD GRIFFITH et al.,

                Plaintiffs,

v.

NEW YORK STATE ATTORNEY
GENERAL et al.,

                Defendants.

5:20-cv-1312
(GLS/ML)

U.S. DISTRICT COURT - N.D. OF N.Y.
ORIGINAL FILED
AUG 0 3 2021
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

APPEARANCES:        OF COUNSEL:

FOR THE PLAINTIFF:
HOWARD GRIFFITH
*Pro Se*
447941
CNY PC
PO Box 300
Marcy, NY 13403

REBECCA SKLANEY
*Pro Se*
2903 James Street
#1R
Syracuse, NY 12306

Received
at CNYPC
08/06/2021
H.G.

Gary L. Sharpe
Senior District Judge

### ORDER

    The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Miroslav Lovric, duly filed July 14, 2021. (Dkt. No. 24.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the

parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 24) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiffs' amended complaint (Dkt. No. 20) is **DISMISSED** pursuant to 28 U.S.C. 1915(e)(2)(B)(i); and it is further

**ORDERED** that plaintiffs' petitions for extraordinary writ (Dkt. No. 21), rehearing for petition for writ of certiorari (Dkt. No. 22), and extraordinary writ-supplemental brief (Dkt. No. 23) are **STRICKEN**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

August 3, 2021
Albany, New York

Gary L. Sharpe
U.S. District Judge

2

88 Gale Rd
Cleveland, NY
13042

US District Court Northern District
of New York
PO Box 7367
100 S. Clinton St.
Syracuse, NY 13261-7367

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
SEP -3 2021
RECEIVED